BOLESLAW FALKOWSKI, Individually and as Administrator, etc., of ROSE FALKOWSKI, Deceased, Respondent, v. METROPOLITAN LIFE INSURANCE COMPANY, Appellant.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Crosby, Lewis, Cunningham, Taylor and Dowling, JJ.

ABIGAIL MORGANA, as Executrix, etc., of CHARLES MORGANA, Deceased, Appellant, v. GEORGE R. HOLDRIDGE, Respondent.— Order entered May 4, 1938, [*ante*, p. 808], amended upon stipulation, to provide that the affirmance was made, without costs of the appeal to either party. Present — Crosby, Lewis, Cunningham and Taylor, JJ.

## (May 25, 1938.)

In the Matter of the Appraisal under the Estate Tax Law of the Estate of JOHN T. DILLON, Deceased.— Order reversed on the law, without costs, and matter remitted to the Surrogate's Court with directions to proceed in accordance with the *pro forma* order on the authority of *Taft* v. *Commissioner of Internal Revenue* (304 U. S. 351), decided by the United States Supreme Court, May 16, 1938. (See *Matter of Cregan*, 275 N. Y. 337.) All concur. (The order modifies a *pro forma* order heretofore made, and fixes the estate tax to which the estate is liable, in a proceeding to assess inheritance tax.) Present — Sears, P. J., Lewis, Cunningham, Taylor and Dowling, JJ.